IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CAROL BONNELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-810-D |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on July 27, 2015. Judge Purcell recommends the denial of Plaintiff's application for leave to proceed *in forma pauperis* (IFP) because Plaintiff has sufficient financial resources to pay the filing fee. Within the time period for a written objection, Plaintiff has paid the required $400.00 fee. Accordingly, the Court finds that Plaintiff's application to proceed IFP is moot.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 4] is ADOPTED, and Plaintiff's IFP application [Doc. No. 2] is DENIED. This matter is re-referred to Judge Purcell for further proceedings consistent with the initial case referral.

IT IS SO ORDERED this 18th day of August, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE